```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------x

CDS BUSINESS SERVICES, INC. dba
NEWTEK BUSINESS CREDIT,
                                            MEMORANDUM & ORDER
                Plaintiff,                  21-CV-6506(EK)(ARL)

        -against-

GEORGE R. SCHOEDINGER,

                Defendant.

-------------------------------------x
```

ERIC KOMITEE, United States District Judge:

The Court has received Magistrate Judge Lindsay's Report and Recommendation (R&R) dated June 7, 2022.  ECF No. 10.  Judge Lindsay recommends that Plaintiff's motion for default judgment be granted and that it be awarded $971,593.30, in addition to pre- and post-judgment interest.  Neither party has filed objections, and the time to do so has expired.  *See* Fed. R. Civ. P. 72(b) advisory committee's note to 1983 addition; *accord State Farm Mut. Auto. Ins. Co. v. Grafman*, 968 F. Supp. 2d 480, 481 (E.D.N.Y. 2013).  Having reviewed the record, I find no clear error and therefore adopt the R&R in its entirety.  Thus, Plaintiff's motion for default judgment is granted.  Plaintiff is awarded $971,593.30 plus interest at the annual rate of 13.25% from November 1, 2021 through the date of

judgment, in addition to post-judgment interest calculated pursuant to 28 U.S.C. § 1961(a).

    SO ORDERED.

    /s/ Eric Komitee
ERIC KOMITEE
United States District Judge

Dated:    June 24, 2022
           Brooklyn, New York